# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-1762

_____

United States of America

*Plaintiff - Appellee*

v.

Lenard Zickefoose

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: March 2, 2015
Filed: March 9, 2015
[Unpublished]

_____

Before SMITH, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Lenard Zickefoose, civilly committed pursuant to 18 U.S.C. § 4246 since 2004, appeals the district court's[1] order revoking his most recent grant of conditional

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri, adopting the report and recommendations of the

release. Because the evidence developed during the revocation proceedings supports the district court's findings that Zickefoose failed to comply with his prescribed regimen of psychiatric care, and that his continued release would therefore create a substantial risk of bodily injury to another person, or serious damage to the property of another, *see* 18 U.S.C. § 4246(f), we affirm, *see* 8th Cir. R. 47B.  We also grant counsel's motion to withdraw.

_____

Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.